# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA SIMPKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BELLEVILLE, ILLINOIS, an Illinois )<br>municipal corporation, CHRIS MATTINGLY, )<br>and TODD KEILBACH, )<br>)<br>Defendants. ) | Case No.: 09-cv-912-JPG |

**MEMORANDUM AND ORDER**

This cause comes before the Court on the Court's March 11, 2010, order to show cause (Doc. 20). That order noted that it appeared from the allegations in the Amended Complaint that plaintiff Debra Simpkins was cited but not taken into custody for the misdemeanor charge and that she was only complaining about her prosecution, not an arrest. Thus, it appeared doubtful that she had alleged a federal question, which is the basis for the Court's jurisdiction over this case. *See Avila v. Pappas*, 591 F.3d 552, 553-54 (7th Cir. 2010).

Since the Court's order to show cause, Simpkins has amended her complaint a second time (Doc. 27) to allege an arrest, which she believes was made without probable cause in violation of the Fourth Amendment. Thus, she has alleged a federal question, alleviating the Court's jurisdictional concerns. Accordingly, the show cause order (Doc. 20) is **DISCHARGED**.

**IT IS SO ORDERED.**
**DATED: April 12, 2010**

                  s/ J. Phil Gilbert
                  **J. Phil Gilbert**
                  **District Judge**