## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBRA SIMPKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   NO. 09-cv-912-JPG-PMF |
| | ) |
| **CITY OF BELLEVILLE, CHRIS** | ) |
| **MATTINGLY and TODD KEILBACH,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

**DATED:  September 20, 2010**

**NANCY J. ROSENSTENGEL, Clerk of Court**

**BY: s/ Jina D. Hoyt, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **U. S. DISTRICT JUDGE**